# TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court USDC Southern Texas, Houston    District Court Docket No. CV-05097

Short Case Title (Vitatoe) DOVAGEISTE v KIPP, INC., et. al

**ONLY ONE COURT REPORTER PER FORM** Court Reporter N/A

Date Notice of Appeal Filed in the District Court JUNE 16th 2025    Court of Appeals No. 5th Fifth Circuit Court of Appeals

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ■ Transcript is unnecessary for appeal purposes  ■ Transcript is already on file in the Clerk's Office

**OR**

Check all of the following that apply, include date of the proceeding.
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | NA | |
| | | |
| | | |

*[Stamp: COURT OF APPEALS RECEIVED JUN 20 2025 FIFTH CIRCUIT]*

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for **DISMISSAL OF APPEAL**.

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
☐ Private Funds;  ☐ Criminal Justice Act Funds (Enter Authorization-24 via eVoucher);
■ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature *Krisjiannis Dovageiste* /s/    Date Transcript Ordered JUNE 19th, 2025

Print Name KRISJIANNIS DOVAGEISTE    Phone (510) 882-9767

Counsel for PRO SE

Address 2223 DES JARDINES ST., HOUSTON, TX 77023

Email of Attorney: PRO SE

---

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
         ☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

---

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____ Signature of Reporter _____

# IN THE UNITED ~~STATES~~ DISTRICT COURT
# FOR THE SOUTH~~ERN DI~~STRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **KRISJIANNIS DOVAGEISTE** |  |
| *Plaintiff* | |
| v. | *in this court's* |
| **KIPP, INC., ET AL.** | CIVIL ACTION 4:24-CV-05097 |
| *Defendants* | |

ADDENDUM TO RECENTLY FILED PLAINTIFF'S EVIDENCE!
4:24 - CV(various:filings) - 05097    DKT 13  5th Circuit Court

JUNE 18th
~~February 25, 2025~~
Krisjiannis Siolanye David Dovageiste, *Plaintiff*
2223 Des Jardines St.
Houston, TX 77023
(510) 882-9767

```
KRISJIANNIS DOVAGEISTE
(510) 882-9767
THE UPS STORE #3820
SUITE 114
215 WEST BANDERA ROAD
BOERNE  TX 78006-2842

                                    1 LBS         1 OF 1
                                    SHP WT: 1 LBS
                                    DATE: 18 JUN 2025

SHIP ATTN  4 24-CV-5097
TO:  LYLE W CAYCE
     STE 115
     600 S MAESTRI PL

     NEW ORLEANS  LA 70130-3440
```



LA 701 9-22

UPS GROUND

TRACKING #: 1Z RF2 579 03 3032 6302



BILLING: P/P

MMBFDPZC9JXGS ISH 13.08C ZZP 450 21.5U 05/2025



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD K 0625